THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAURICE O'DELL and WALTER GRIFFEN, Appellants, et al., Defendants.

Argued October 14, 1953; decided November 20, 1953.

*W. Bartlett Sumner* and *Robert W. Martin* for Maurice O'Dell, appellant.

*John S. McGovern* and *James V. Campana* for Walter Griffen, appellant.

*John F. Dwyer, District Attorney* (*Leonard Finkelstein* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.